UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CASTILLO,

                Movant,

      - against -

UNITED STATES OF AMERICA,

                Respondent.

22-cv-6894 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Government is directed to respond to the movant's motion for relief from judgment by **August 1, 2024**. The movant may then reply by **August 5, 2024**.

The Clerk is respectfully requested to mail a copy of this order to the pro se movant and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          July 18, 2024

John G. Koeltl
United States District Judge