UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CASTILLO,

        Movant,

- against -

UNITED STATES OF AMERICA,

        Respondent.

22-cv-6894 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Government is directed to respond to the movant's motion to amend his motion pursuant to 28 U.S.C. § 2255 by **August 23, 2024.** The movant may then reply by **September 6, 2024.**

The Clerk is respectfully requested to mail a copy of this order to the pro se movant and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
            August 7, 2024

                                          _____
                                          John G. Koeltl
                                      United States District Judge