UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL CASTILLO,

               Movant,

- against -

UNITED STATES OF AMERICA,

               Respondent.

22-cv-6894 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On July 2, 2024, the Court received from Michael Castillo a "Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(3)." ECF No. 9. On July 18, 2024, the Court directed the Government to respond to Castillo's motion for relief from judgment by August 1, 2024. ECF No. 10. To date, no response to Castillo's motion for relief from judgment has been filed. The time for the Government to respond is extended to **September 27, 2024**. The movant may then reply by **October 4, 2024**.

    On July 30, 2024, the Court also received from Castillo a "Motion to Amend 28 U.S.C. § 2255 In re: Guilty Plea Was Not Made Knowing and Voluntary." ECF No. 11. The Government responded on August 23, 2024. ECF No. 14. The Government's response addresses only Castillo's motion to amend, however, and does not reference Castillo's motion for relief from judgment.

The Clerk is requested to mail a copy of this Order to the pro se movant and to note mailing on the docket.

SO ORDERED.

Dated:  New York, New York
        September 16, 2024

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge