UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CASTILLO,

           Plaintiff,

  - against -

UNITED STATES OF AMERICA,

           Defendant.

22-cv-6894 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On July 2, 2024, the Court received from Michael Castillo a "Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(3)." ECF No. 9. On July 18, 2024, the Court directed the Government to respond to Castillo's motion for relief from judgment by August 1, 2024. ECF No. 10. As of September 16, 2024, the Government had failed to respond. On September 16, 2024, the Court extended the time for the Government to respond to **September 27, 2024**. ECF No. 16. To date, no response to Castillo's motion for relief from judgment has been filed. The time for the Government to respond is further extended to **October 15, 2024**. The movant may then reply by **October 22, 2024**.

    On July 30, 2024, the Court also received from Castillo a "Motion to Amend 28 U.S.C. § 2255 In re: Guilty Plea Was Not Made Knowing and Voluntary." ECF No. 11. The Government responded on August 23, 2024. ECF No. 14. The Government's response addresses only Castillo's motion to amend, however, and does not reference Castillo's motion for relief from judgment.

A copy of this Order is being sent to the Chief of the Criminal Division at the United States Attorney's Office for the Southern District of New York.

The Clerk is respectfully requested to mail a copy of this Order to the pro se movant and to note mailing on the docket.

**SO ORDERED.**

Dated:   New York, New York
         October 1, 2024

                                    _____
                                         John G. Koeltl
                                    United States District Judge