UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

                        19 cr 428 (JGK)
                        22 civ 6894 (JGK)

MICHAEL CASTILLO,
               Defendant.                **ORDER**
--------------------------------------------------------------X

     The Clerk is directed to file the attached as a notice of appeal in both above actions.

**SO ORDERED.**

                                **JOHN G. KOELTL**
                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 4, 2024

United States District Court        Nov 26, 2024
Southern District of New York

19-cr-428-2 (JGK)

Michael Castillo,        22-cv-6894 (JGK)

         Petitioner,

— against —

United States of America,

         Respondent,

Dear District Judge John G. Koeltl

     I would like to file a notice of appeal to the 2nd Circuit. The appeal for denial of both orders on November 19, 2024 by Honorable Judge John G. Koeltl.

          Thank you
           Michael Castillo
         # 589 87177

RECEIVED
DEC 03 2024
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.